UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELINA CALCANO, on behalf of herself and all other
persons similarly situated,

                                    Plaintiff,

        -v-

UNITED STATES OF ARITZIA, INC.,

                                    Defendant.

CIVIL ACTION NO.: 19 Civ. 11378 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 5, 2022, at Plaintiff's request, the Court directed Plaintiff to file an amended complaint by August 1, 2022.  (ECF No. 16).  To date, Plaintiff has neither filed the amended complaint, nor requested an extension of time to do so.  Nonetheless, as a one-time courtesy, the Court sua sponte extends this deadline, and directs Plaintiff to file the amended complaint by **August 12, 2022**.

Plaintiff is warned that failure to comply with this Order may result in a recommendation that this case be dismissed under Fed. R. Civ. P. 41 for failure to prosecute.

Dated:      New York, New York
            August 8, 2022

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**